JEFFREY W. KRAMER (SBN 71547)
Email: jkramer@troygould.com
ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone: (310) 553-4441
Facsimile: (310) 201-4746

Attorneys for Plaintiffs
Broadcast Music, Inc.;
Interior Music Corp.;
Songs of Universal, Inc.;
Screen Gems-EMI Music, Inc.;
Sony/ATV Songs LLC;
R and R Nomad Publishing Company, a Division
of R & R Nomad Publishing Co. LLC; 4U2asky
Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.;<br>INTERIOR MUSIC CORP.;<br>SONGS OF UNIVERSAL, INC.;<br>SCREEN GEMS-EMI MUSIC, INC.;<br>SONY/ATV SONGS LLC;<br>R AND R NOMAD PUBLISHING<br>COMPANY, a division of R & R<br>NOMAD PUBLISHING CO. LLC;<br>4U2ASKY ENTERTAINMENT, INC.,<br><br>    Plaintiffs,<br>  v.<br><br>PRIME STEAKHOUSE, INC. d/b/a<br>PRIME STEAKHOUSE & WINE BAR<br>and<br>JAN R. SCHUSTER, individually,<br><br>    Defendants. | Case No.<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT |

**TroyGould PC**

COMPLAINT FOR COPYRIGHT INFRINGEMENT

03202-0059 288266.1

Plaintiffs Broadcast Music, Inc., Interior Music Corp., Songs Of Universal, Inc., Screen Gems-EMI Music, Inc., Sony/ATV Songs LLC, R and R Nomad Publishing Company, a division of R & R Nomad Publishing Co. LLC and 4U2asky Entertainment, Inc. (collectively, "Plaintiffs"), by their attorneys, for their Complaint against Defendants, Prime Steakhouse, Inc. d/b/a Prime Steakhouse & Wine Bar and Jan R. Schuster (collectively, "Defendants") allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 10.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff Interior Music Corp. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6. Plaintiff Songs of Universal, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff Screen Gems-EMI Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff Sony/ATV Songs, LLC is a limited liability company. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Plaintiff R and R Nomad Publishing Company is a limited liability company which is a division of R & R Nomad Publishing Co. LLC. This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Plaintiff 4U2asky Entertainment Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

11. Defendant Prime Steakhouse, Inc. is a corporation organized and existing under the laws of the state of California, which operates, maintains and controls an establishment known as Prime Steakhouse & Wine Bar, located at 29020 Agoura Road, Agoura Hills, California 91301, in this district (the "Establishment").

12. In connection with the operation of the Establishment, Defendant Prime Steakhouse, Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

13. Defendant Prime Steakhouse, Inc. has a direct financial interest in the Establishment.

14. Defendant Jan R. Schuster is an officer of Defendant Prime Steakhouse, Inc. with responsibility for the operation and management of that corporation and the Establishment.

15. Defendant Jan R. Schuster has the right and ability to supervise the activities of Defendant Prime Steakhouse, Inc. and a direct financial interest in that corporation and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

16. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 15.

17. Since July 2015, BMI has reached out to Defendants over forty-six (46) times, by phone, in-person visits and mail, in an effort to educate Defendants as to their obligations under the Copyright Act with respect to the necessity of purchasing a license for the public performance of musical compositions in the BMI repertoire. Included in the letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment.

18. Plaintiffs allege four (4) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

19. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the four (4) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the establishment where the infringement occurred.

20. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

21.    For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

22.    For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

23.    For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

24.    The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

25.    Plaintiffs seek statutory damages pursuant to 17 U.S.C. § 504. Plaintiffs further seek an order that Defendants be enjoined, pursuant to 17 U.S.C. § 502 from infringing, in any manner, the copyrighted musical compositions licensed by BMI.

WHEREFORE, Plaintiffs pray that:

(1)    Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in

**TroyGould PC**

4

COMPLAINT FOR COPYRIGHT INFRINGEMENT

03202-0059 288266.1

1 any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17
2 U.S.C. Section 502;

3     (2)    Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C.
4 Section 504(c);

5     (3)    Defendants be ordered to pay costs, including a reasonable attorney's
6 fee, pursuant to 17 U.S.C. Section 505; and

7     (4)    Plaintiffs have such other and further relief as is just and equitable.

9 Dated:    December 7, 2016           JEFF KRAMER
                                                ANNMARIE MORI
10                                                 TROYGOULD PC

12                                                 By: /s/ AnnMarie Mori
                                                      AnnMarie Mori
13                                                 Attorneys for Plaintiffs

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Ain't No Sunshine |
| Line 3 | Writer(s) | Bill Withers |
| Line 4 | Publisher Plaintiff(s) | Interior Music Corp. |
| Line 5 | Date(s) of Registration | 3/30/71    11/18/77 |
| Line 6 | Registration No(s). | Eu 243844   Ep 376752 |
| Line 7 | Date(s) of Infringement | 4/22/16 |
| Line 8 | Place of Infringement | Prime Steakhouse & Wine Bar |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Ain't No Woman a/k/a Ain't No Woman (Like The One I've Got) |
| Line 3 | Writer(s) | Dennis Lambert; Brian Potter |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc. |
| Line 5 | Date(s) of Registration | 10/14/71 |
| Line 6 | Registration No(s). | Eu 281776 |
| Line 7 | Date(s) of Infringement | 6/25/16 |
| Line 8 | Place of Infringement | Prime Steakhouse & Wine Bar |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Strangers In The Night |
| Line 3 | Writer(s) | Bert Kaempfert; Charles Singleton; Eddie Snyder |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc.; Screen Gems-EMI Music, Inc. |
| Line 5 | Date(s) of Registration | 4/14/66   6/1/66 |
| Line 6 | Registration No(s). | Eu 930986   Ep 217595 |
| Line 7 | Date(s) of Infringement | 6/25/16 |
| Line 8 | Place of Infringement | Prime Steakhouse & Wine Bar |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Ain't No Rest For The Wicked |
| Line 3 | Writer(s) | Matthew Shultz; Donald Shultz; Daniel Tichenor; Jared Champion; Lincoln Parish |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; R and R Nomad Publishing Company, a division of R & R Nomad Publishing Co. LLC; 4U2asky Entertainment Inc. |
| Line 5 | Date(s) of Registration | 9/2/08 |
| Line 6 | Registration No(s). | PA 1-608-399 |
| Line 7 | Date(s) of Infringement | 4/22/16 |
| Line 8 | Place of Infringement | Prime Steakhouse & Wine Bar |